UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENISE GERMANOWSKI,<br><br>    Plaintiff,<br><br>v.<br><br>BUILDING INSPECTION UNDERWRITERS OF PA,<br><br>    Defendant. | Case No. 2:21-cv-00151-RJC |

### NOTICE OF DISMISSAL AND WITHDRAWAL OF CASE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff hereby requests the pending matter be withdrawn with prejudice. Each party shall bear their own costs.

Respectfully submitted,

*/s/ Christi Wallace, Esq.*
Christi Wallace
Pa ID: 313721
MKO Employment Law LLC
429 4th Avenue, Suite 300
Pittsburgh, PA 15219
c@mkolaw.com

Counsel for Plaintiff

AND NOW, this 12th day of October, 2021, IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE